"WE THE PEOPLE"

EXIBIT'S "A" AND "B"

PLAINTIFF'S

V.

CITY OF CHATTANOOGA

AND HAMILTON COUNTY

DEFENDANTS

CASE # 1:22-CV-124
TRM / CHS

CONSPIRACY TO DEFRAUD TAX PAYERS

## PETITION OUR FEDERAL COURTS TO STAY ALL LOCAL COURT ACTIONS

1   "WE THE PEOPLE" Pray this Honorable Federal Courts, for Order Of Stay, upon All Local Government Actions, "Takings" of Our Homes.

2   That said, Courts would grant "WE THE PEOPLE" an order to require City and County, Local Governments allow ( comprehensive Annual Financial Report) access to Cafr ; 1, also complete Audits of all taxing assessments and Levy's, Also all receipts data on taxes paid past 28 years, Also including All Rainwater tax/ water quality fees, Unconstitutionally added to "WE THE PEOPLE'S" Property tax bills.

3   Open Records of all Grants issued to both City of Chattanooga and Hamilton County from Federal and State Governments, 28 years.

We Pray all defrauded funds to be returned to the homeowners per Supreme Court Decision, *June 2017 Knicks v. Township of Scott Penn.*

'WE THE PEOPLE" Aggrieved Private Property Owners of the State of Tennessee, Comes before the federal Courts, based on the Supreme Courts decision *Knicks v. township of Scott,Penn.* Stating Action involving Private Property Owners be allowed access directly into Federal Courts, avoiding

the expense and time of the State Courts System.

"WE THE PEOPLE" Intend to prove Fraud and Monetary damages upon Our Persons and Homes through Fraudulent, Unconstitutional, Oppressive taxation.

Conspiracy by Local Politicians through Criminal Manipulations of the Grants Program (Revenue sharing Act Instituted 1970).

Legal basis for our claim being the VII Amendment of our U.S. Constitution and Prosecution of the Guilty State Actors by U.S. Code Title 18 Section 241 and Section 242.

(See Exhibits "A" and "B" 5000 Homeowners) in current theft of Tennessee Homeowners Private Properties, moving under the Guise (distraction) of collecting delinquent 2020 Property taxes. Their Action seeking

Court ordered Guardianship over "WE THE PEOPLE" along with Liens Lis Pendens, to prevent any borrowing of funds to pay back taxes to said City of Chattanooga and Hamilton County, are Proofs, their actions are NOT about collecting delinquent taxes.

Private Property of "WE THE PEOPLE" is the Bedrock, Foundation Stone of Our American, Constitutional Republic.

"WE THE PEOPLE" respectfully request that the Revenue sharing Act be rescinded. Also that our State Constitution Article I Rights "WE THE PEOPLE". Section 1 and Section 2, We declare we are NOT Willing to further Participate, and have our taxes pay for the UN. Treaty " The Immigrant Resettlement Act.

We Pray Relief of this Honorable Court and Plaintiff's have such other, further, and general relief as it may be entitled to at the hearing.

Sincerely submitted,

By "WE THE PEOPLE".

Carol Raddy
2605 E. 45th St
Chattanooga, TN. 37406
phone cell (423) 227-3606

Pg2

We The People (5000 Homeowners
C.R. by Regional T.E.A party

# CERTIFICATE OF SERVICE

This is to Certify the Federal Courts will serve a copy of the forgoing pleading upon said Parties and Attain Exhibits A and B from Defendants named and provide said copy to Plaintiff as Required by Law on this 18 day of May 2022.

Signed By "WE THE PEOPLE"
5000 Homeowners

We The People
Regional T.E.A. Party
by C.D.
Carol Gaddy

mailed: City Attorney's
Harolda Bryson (BPR# 05592)
Phillip A. Noblett (BPR# 035592
Attnys for Defendants
100 East 11th Street, Suite 200
Chattanooga, TN. 37402-4284

Chancery Court of Hamilton
County Tennessee
@ County Court House
Clerk and Master office