# IN THE CHANCERY COURT OF HAMILTON COUNTY, TENNESSEE

| | | |
|---|---|---|
| CITY OF CHATTANOOGA, for the use and benefit of the STATE OF TENNESSEE, Plaintiff, | ) ) ) ) | |
| v. | ) ) | No; 11249 |
| 2020 DELINQUENT REAL ESTATE TAXPAYERS, DELINQUENT PERSONALTY TAXPAYERS, Office of State Assessed Properties (OSAP), and The United States of America, Department of Treasury Internal Revenue Service, | ) ) ) ) ) ) ) ) | Part 1 |
| Defendants. | ) ) ) ) ) | TAX CAUSE  *Jury Demand* |

## ANSWER TO COMPLAINT AND OBJECTION
## PER; TAX FRAUD

Comes before this Honorable Chancery Court, without the benefit of council, Elders Thomas Gaddy age 76 and Wife Carol Gaddy age 74 affirming Chancery means " That which is Naturally Right", this Court Bench belonging to Almighty GOD. We ,Gaddys Declare our Home is completely paid for and all city, county and all " Unconstitutional rain water Grant Mandate fees" Have been fully Paid Prior to year 2020.

### Defendants Statement of truth

This Court action is not about back taxes, therefore is an attempt to steal Valuable Private Property to undermine "We The Peoples" Constitutional Republic by removing the bedrock foundation.

That all residential, Private Homeowners in our neighborhood are Senior Citizens, being greatly ABUSED by City of Chattanooga, Intentionally allowing dilapidated Rental Properties, Section 8's, Drug Houses boarded up, deteriorated old rentals to shack criminals, who aid active street Prostitutes

Pg1

2022 MAY 16 PM 12: 53

Case 1:22-cv-00124-TRM-CHS   Document 1-1   Filed 05/18/22   Page 1 of 4   PageID #: 4

and their drug ~~bases~~ bosses and many Mentally ill Homeless continuously for past decade. The <u>Tennessee Municipal League Communist</u> Plot of take over.

## Answer

1. Defendants Respond under the Authority and Direction of the Constitution of the State of Tennessee. Article I Declaration of Rights, Section 1, Section 2, Section 35 "To Preserve and Protect the Rights of victims of crime, to Justice and Due Process." City Attorney will not allow the names of Aggravated Burglary Criminals of the Gaddy's Home,There by Preventing Gaddy's Rights to Civil Due Process, see U.S. Constitution Article VII and Article IX and Article X or "to the People".

2. Defendants Object that Complaint Due Process Not Served in a Timely Manner. Law Suit file stamped date of March 18, 2022, Summons by U.S.Post Office Stamp May 3, 2022, Gaddy's received and Read on May 13,2022. Friday, with deadline for answer and defense on Monday May 16,2022.

   a. Statement that Exhibit "A" is Attached hereto is <u>FALSE</u>.

3. Taxpayers are Identified in Exhibit "3" to this Complaint, which is attached hereto is <u>FALSE</u>.
   Defendants have no Knowledge of OSAP,or their numbering System.

4. Defendants have No knowledge of Exhibit "A" and "B" to this Complaint, Therefore Not Severally Liable and Indebted to the Plaintiff.

5. Defendants Deny that Plaintiff is entitled to recover by this Action. Can document Proof of <u>NO</u> delinquent Property taxes owed for years Prior 2020, Therefore Lawfully Cannot be Scheduled forsale in Satisfaction of tax Lien.

6. Defendants deny that their Home is subject to Lien for the Abatement of a nuisance ,or any other Liens held by the City of Chattanooga , Tennessee or other Non City third Party Lienholders.

7. Exhibits "A"and "B" <u>NOT Attached or made a part of this Complaint.</u> If any Liens exist at the Registers Office for Hamilton County, being Identified with our Home,<u>It was put there by ERROR</u> , or by a Criminal.

**Plaintiff has no Legal Basis for this court action**

Pg2

1. Proper Process Issue " Rule by Law" upon defendants have been Violated by plaintiff.

2. Defendants "The Gaddy's" are of sound Mind ,of Legal Age to Conduct their Business affairs, are well educated , have No Disability ,Therefore Object to a Gaurdian adlitem appointment.

3. Defendants Pray the Court to Deny Plaintiff any and all Judgments and Decrees against our home or our Persons.

4. Plaintiff have NO Legal Basis For Any Judgments or decrees against the defendants.

5. That Plaintiff should pay Interest at the Current Legal rate Per annum on all Money defrauded from the defendants continuously Since the 90's.

6. Not applicable to defendants, No delinquent taxes due Prior 2020.

7. Plaintiff, Due to filing this Frivolous Lawsuit upon defendants , Thomas Gaddy and wife Carol Gaddy, Both Senior Citizens, have Damaged their Peaceable enjoyment of their Life. Gaddy's in their Persons have Experienced much Emotional stress, Pain and Suffering and a great demand on their valuable time. Plaintiff, according to due process or Justice and Law will Pay Damages to Defendants. <u>Plaintiff must be held accountable for their errors.</u>

8. Not Applicable " No Abatement of a Nuisance.

9. Stealing from Innocent Senior Citizens is against the Law in Tennessee and in GODS LAW.

10. Court to Deny filing of an abstract of Lien Lis Pendens in the Registers Office of Hamilton County,Tennessee. Defendants assert this to be a Hate Crime Orchestrated by Plaintiff.

11. That Plaintiff be Prosecuted Under U.S.Code Title 18,Sec. 241 and Sec 242.

this the ___16___ day of May ,2022

Respectfully Submitted,

Thomas Gaddy _/s/ Thomas Gaddy_

Carol Gaddy _/s/ Carol Gaddy_

Pg3

## Certificate of Service

This is to certify that Defendants will serve a copy of the foregoing Answer to Compliant upon City of Chattanooga through their Attorney Harolda Bryson (CBPR # 035592) by depositing a copy of same in the U.S.Post Office this the __16__ day of May 2022.

Phillip A. Noblett

Harolda Bryson

100 east 11th Street Suite 200
Chattanooga, Tn. 37402-4284
(423) 643-8243
(423) 643-8255-Fax

Thomas Gaddy _/s/ Thomas Gaddy_

Carol Gaddy _/s/ Carol Gaddy_